**Irma Yolanda FIGUEROA–GARCIA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–70702.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 13, 2008.

Fernando X. Gaxiola, Esq., Tucson, AZ, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, District Counsel, Office of the District Chief Counsel U.S. Department of Homeland Security, Phoenix, AZ, James A. Hunolt, Esq., Kristin K. Edison, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---
* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Irma Yolanda Figueroa–Garcia, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen exclusion proceedings based on ineffective assistance of current counsel. We dismiss the petition for review.

We lack jurisdiction to consider Figueroa–Garcia's challenge to the BIA's decision not to invoke its *sua sponte* reopening authority. *See Ekimian v. INS,* 303 F.3d 1153, 1159 (9th Cir.2002). We also lack jurisdiction to consider Figueroa–Garcia's equitable tolling claim because she failed to exhaust the claim before the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (court lacks jurisdiction to review contentions not raised before the agency).

**PETITION FOR REVIEW DISMISSED.**

---
** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.